UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  
ROBERTO & MARIA RUIZ  
DEBTORS

CHAPTER 13 PROCEEDING:  
05-10867-B-13

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Jul 7, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below.

   FURNITURE FACTORY WAREHOUSE  
   800 E EXPRESSWAY 83  
   MCALLEN, TX  78503

5. As a result, funds owed to the creditor in the amount of $49.27 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, July 26, 2010

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
ROBERTO & MARIA RUIZ  05-10867-B-13
DEBTORS

## CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Jul 26, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

ROBERTO AND MARIA RUIZ
83 CALGARY CT
BROWNSVILLE, , TX  78526

ABELARDO LIMON JR
890 WEST PRICE ROAD
BROWNSVILLE, TX  78520

FURNITURE FACTORY WAREHOUSE
800 E EXPRESSWAY 83
MCALLEN, TX  78503